DANIEL REID, Plaintiff, v. MOCCIA CONSTRUCTION CORPORATION, Defendant, and GEORGE F. DRISCOLL COMPANY, Defendant-Respondent (By Way of Original Summons), and A. LA SALA & BROS., INC., et al., Impleaded-Defendants-Appellants (By Way of Supplemental Summons).—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.